IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:02-CR-23-4H

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>) | **ORDER** |
| ANTWOINE SHAVEZZ STANLEY, )<br>)<br>Defendant. )<br>)<br>) | |

This matter is before the court on defendant's motion for early termination of his supervised release. Subsequent to the filing of his motion for early termination, a motion for revocation of supervised release was filed by the United States Probation Office. In light of the recent developments in this case, defendant's motion for early termination is DENIED.

This  1st  day of May 2012.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26